# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : **CRIMINAL ACTION** |
| **v.** | : |
| | : **NO. 07-602** |
| **ANGEL SANTOS** | : |

## ORDER

**AND NOW**, this _22_ day of June, 2017, upon consideration of Petitioner's *pro se*

Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782

(Doc. 145) and the Government's Response thereto (Doc. 181), **IT IS HEREBY ORDERED**

**AND DECREED** that Petitioner's Motion is **DENIED** for the reasons set forth in the

Government's Response (Doc. 181).

**BY THE COURT:**

**Hon. Petrese B. Tucker, C.J.**